KIRKHOLDER & RAUSCH COMPANY, Respondent, v. HAROLD W. BRIDGLAND,
Defendant, Impleaded with A. B. WILLIAMS COMPANY, INC., Appellant.— Judg-
ment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears,
Crouch and Taylor,- JJ.

CLARK PAPER AND MANUFACTURING COMPANY, Respondent, v. EDWARD D.
STENACHER, Appellant.— Motion for leave to appeal to Court of Appeals denied,
with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

TOWN OF TONAWANDA, Respondent, v. CITY OF BUFFALO, Appellant.— Motion
granted and appeal dismissed, with ten dollars costs of motion. Present —
Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN ROLLS, Respondent, v. JOHN L. SHULTZ SONS COMPANY, INC., Appellant.
— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs,
P. J., Clark, Sears, Crouch and Taylor, JJ.

LUIGI TRASSATI, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY,
Respondent.— Motion granted and appeal dismissed, with costs. Present —
Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of VOLNEY
MONAHAN, Deceased.— Appeal dismissed unless appellant shall be ready for
argument during the week of December first, and shall pay to respondent's
attorney ten dollars. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MARGELIA MOREAU, Respondent, v. JOHN C. GLAS, Appellant.— Appeal dis-
missed unless appellant shall be ready for argument during week of December
first. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Estate of VIKTOR DAMKO, Also Known as VICTOR DAMCHO,
Deceased.— Appeal dismissed, unless appellant shall file and serve printed papers
by December ninth, and printed briefs by December fourteenth, and shall pay
to respondent's attorney ten dollars. Present — Hubbs, P. J., Clark, Davis,
Sears and Taylor, JJ.

CHARLES L. CHASE, Appellant, v. LILLIAN M. CHASE, Respondent.— Judgment
affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch
and Taylor, JJ.

IDA FARYNA and Another, as Administrators, etc., of VICTOR FARYNA, Deceased,
Respondents, v. PERRY ELECTRIC LIGHT COMPANY, Appellant, Impleaded with
Another, Defendant.— Judgment and order affirmed, with costs. All concur.
Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

IDA FARYNA and Another, as Administrators, etc., of VICTOR FARYNA, Deceased,
Appellants, v. PERRY ELECTRIC LIGHT COMPANY, Defendant, Impleaded with
PERRY TELEPHONE COMPANY, Respondent.— Judgment and order affirmed, with
costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

NORMAN TIMMONS, an Infant, by ALICE TIMMONS, His Guardian ad Litem,
Appellant, v. LORETTA CUNNINGHAM TIMMONS, Respondent.— Judgment affirmed,
without costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and
Taylor, JJ.

ERNEST S. CARNES, Respondent, v. SYRACUSE SAVINGS BANK, Appellant.—
Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis,
Sears, Crouch and Taylor, JJ.